UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAIAN INSURANCE CO., LTD., <br><br>                        Plaintiff,<br><br>v.<br><br>BONDEX LOGISTICS CO., LTD.,<br><br>                        Defendant. | 24 Civ. 2650 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued on May 20, 2024, scheduled an initial pretrial conference for June 26, 2024.  *See* ECF No. 12.  On June 12, 2024, Plaintiff moved for a default judgment.  *See* ECF No. 14.

It is hereby **ORDERED** that Defendant shall file any opposition to the motion for a default judgment by **June 20, 2024.**  If any such opposition is filed, Plaintiff shall file any reply by **June 24, 2024**.  The initial pretrial conference set for June 26, 2024, shall act as the order to show cause hearing on Plaintiff's motion for a default judgment.  Defendant is apprised that failure to appear at the June 26 conference may result in a default judgment being entered against it.

It is further **ORDERED** that Plaintiff shall serve this order on Defendant and file proof of service on ECF by **June 14, 2024.**

      SO ORDERED.

Dated: June 13, 2024
       New York, New York

                                                          DALE E. HO
                                          United States District Judge