UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAIAN INSURANCE CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BONDEX LOGISTICS CO., LTD.,<br><br>Defendant. | Case No. 24-cv-2650<br><br>**DEFAULT JUDGMENT** |

DALE E. HO, U.S.D.J.:

Before the Court is the motion of Plaintiff Taian Insurance Co., Ltd. ("Taian") for a default judgment against Defendant Bondex Logistics Co., Ltd. ("Bondex").

Having considered Taian's submissions, including supporting evidence that establishes the basis for the damages sought with reasonable certainty, and having found that a hearing on damages is unnecessary pursuant to Fed. R. Civ. P. 78(b) and Fed. R. Civ. P. 55(b), it is hereby

ORDERED, ADJUDGED, AND DECREED that:

(1) Taian's motion for a default judgment against Bondex is GRANTED;

(2) judgment is ENTERED against Bondex in the principal amount of $69,227.76, plus costs and disbursements of this action in the amount of $513.50, for a total judgment of $69,741.26;

(3) the Clerk of the Court is directed to CLOSE this action; and

(4) the Court RETAINS jurisdiction for purposes of enforcing this Default Judgment.

2

SO ORDERED this __26__ day of ____June____, 2024.

_____
Dale E. Ho.
United States District Judge

2